DAVID T. MCDONALD
David T. McDonald, P.C.
OSB #86243
510 SW Third Avenue, Suite #400
Portland, Oregon 97204-2509
(503) 226-0188
(503) 226-1136 (f)

Attorney for the Accused, Jose Garcia-Zambrano

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br><br>   v.<br><br>JOSE GARCIA-ZAMBRANO,<br><br>                              Accused. | NO.    3:11-cr-00467-MO-4<br><br>MOTION TO SUPPRESS ALLEGED IDENTIFICATION OF JOSE GARCIA-ZAMBRANO BY SOI#2 |

       COMES NOW the accused, Jose Garcia-Zambrano, and moves this Court for an Order suppressing any alleged identification made of Mr. Garcia-Zambrano by an individual who the government designated in some of its filings as SOI#2[1].

/////

/////

/////

/////

This motion is based upon the attached memorandum of law, which is incorporated by this reference.

DATED this 25th day of June 2012.

        Respectfully submitted:

        s/ David T. McDonald
        David T. McDonald, WSBA #18446
        510 SW 3rd Avenue, Suite 400
        Portland, OR  97204
        (503) 226-0188
        Attorney for Jose Garcia-Zambrano

---

[1] Based upon information and belief, the defense believes that the defense now has the true identity of SOI#2 but need not disclose that information for the purpose of this motion unless or until ordered by the court or requested by the AUSA.

2 - MOTION TO SUPPRESS ALLEGED IDENTIFICATION OF JOSE GARCIA-ZAMBRANO BY SOI#2